**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02012-LTB

CHRIS TILLOTSON,

    Plaintiff,

v.

MIKE HAWKINS,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's request to reopen this action, which he makes in a letter to the Court (ECF No. 9) filed on August 28, 2012, is DENIED because Plaintiff fails to present any argument that addresses the reason the instant action was dismissed.

Dated:  August 28, 2012