# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02012-LTB

CHRIS TILLOTSON,

      Plaintiff,

v.

MIKE HAWKINS,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff's request to reopen this action, which he makes in a letter to the Court (ECF No. 13) filed on October 3, 2012, is DENIED because Plaintiff fails to present any argument that addresses the reason the instant action was dismissed.

Dated:  October 5, 2012