**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02012-LTB

CHRIS TILLOTSON,

    Plaintiff,

v.

MIKE HAWKINS,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's request to reopen this action, which he makes in a letter to the Court (ECF No. 44) that has been docketed as a motion to reconsider, is DENIED.

Dated:  May 16, 2013