### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02012-LTB

CHRIS TILLOTSON,

    Plaintiff,

v.

MIKE HAWKINS,

    Defendant.

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's motion for reconsideration (ECF No. 56) is DENIED.

Dated:  April 2, 2014