**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02012-LTB

CHRIS TILLOTSON,

    Plaintiff,

v.

MIKE HAWKINS,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's letter to the Court (ECF No. 73) filed July 29, 2015, asking the Court to reopen this closed action will not be considered and is DENIED. Plaintiff previously was advised that the Court will not respond to further letters to the Court in this closed action. (*See* ECF Nos. 35, 66.) Therefore, Plaintiff is directed to stop filing letters in this closed action.

Dated:  July 30, 2015