**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02012-LTB

CHRIS TILLOTSON,

    Plaintiff,

v.

MIKE HAWKINS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's letter to the Court (ECF No. 75) that has been docketed as a motion to reopen this closed action will not be considered and is DENIED. The Court again reiterates that the Court will not respond to his letters in this closed action (*see* ECF No. 35) and that Plaintiff must cease filing letters to the Court (*see* ECF Nos. 66, 74).

Dated:   October 14, 2015